*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____          Assigned/Issued By: _____

Judge Name: DARRAH          Designated Magistrate Judge: COLE

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
                                        _____
☐ Wage-Deduction Garnishment Summons   _____
                                        *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets
                                        ☐ Other
☐ Writ _____           _____
        *(Type of Writ)*                _____
                                        *(Type of issuance)*

_____ Original and _____ copies on _____ as to _____
                                        *(Date)*

_____

_____