## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08cv3653 | **DATE** | July 8, 2008 |
| **CASE TITLE** | Trustees v. Quality Service Construction | | |

**DOCKET ENTRY TEXT:**

This case is set for status on September 11, 2008 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | nm |
|---|---|---|